1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DELVON MORGAN,

11          Plaintiff,                    No. CIV S-09-1199 KJM P

12       vs.

13  JOHN DOVEY, et al.,

14          Defendants.            <u>ORDER</u>

15  _____/

16          Plaintiff is a California prisoner proceeding pro se.  On May 13, 2010, the court

17  ordered plaintiff to provide the court with the documents necessary for service of process on

18  defendant Evans.  Plaintiff has now requested that Rick Hill, the current warden at plaintiff's

19  place of incarceration, be substituted for defendant Evans under Federal Rule of Civil Procedure

20  25(d).  The court will order that defendant Hill be substituted with respect to plaintiff's

21  remaining claims against defendant Evans in his official capacity as Warden of Folsom State

22  Prison.  Defendant Evans will remain in the action, however, for any remaining claims against

23  him in his individual capacity.  Plaintiff has already sent the court the forms necessary for

24  service of process on defendant Hill.  The court will provide plaintiff one more opportunity to

25  submit the forms for service on defendant Evans.

26  /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's motion for substitution (#15) is granted.

3        2.  Warden Rick Hill is hereby substituted for defendant Evans as to any

4    remaining claims against defendant Evans in his official capacity as Warden of Folsom State

5    Prison.

6        3.  The Clerk of the Court shall send plaintiff a USM-285 form and an instruction

7    sheet.

8        4.  Within thirty days from the date of this order, plaintiff shall complete the

9    attached Notice of Submission of Documents and the USM-285 form for defendant Evans.

10       5.  Plaintiff need not attempt service on defendant Evans and need not request

11   waiver of service.  Upon receipt of the above-described documents, the court will direct the

12   United States Marshal to serve defendant Evans pursuant to Federal Rule of Civil Procedure 4

13   without payment of costs.

14   DATED:  October 18, 2010.

15   
16       U.S. MAGISTRATE JUDGE

17   1
18   morg1199.1(a)

19   
20   
21   
22   
23   
24   
25   
26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DELVON MORGAN,

11              Plaintiff,                    No. CIV-S-09-1199 KJM P

12        vs.

13   JOHN DOVEY, et al.,                      NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____      completed USM-285 form

19

20                                    _____

21                                    Plaintiff

22   DATED:

23

24

25

26