IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELVON MORGAN,

        Plaintiff,                  No. CIV S-09-1199 KJM P

   vs.

JOHN DOVEY, et al.,

        Defendants.         <u>ORDER</u>

                            /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983. On November 9, 2010, plaintiff filed a motion for leave to amend his complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Because plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied. Furthermore, plaintiff has not shown good cause for leave to amend. It appears, plaintiff wishes to amend his complaint by adding certain exhibits. However, plaintiff fails to establish any need for the amendment. Plaintiff seems to be under the impression that a motion to dismiss is pending. There is not.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (#19) is denied.

DATED: November 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1
morg1199.10b