IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELVON MORGAN,

        Plaintiff,                    No. CIV S-09-1199 JFM (TEMP) P

    vs.

JOHN DOVEY, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On March 8, 2011, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to defendants' pending motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant Federal Rule of Civil Procedure 41(b).

DATED: June 28, 2011.

UNITED STATES MAGISTRATE JUDGE

kc
morg1199.46